IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

KEITH PLUMLEE, :
:
    Plaintiff, :
:
v. : Civil Action No. 5:18-cv-47-TBR
:
CAESARS ENTERPRISE SERVICES, LLC :
WELFARE BENEFIT PLAN, :
:
    Defendant. :

## NOTICE OF REMOVAL

TO:   CLERK, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

Defendant Caesars Enterprise Benefit Services, LLC Welfare Benefit Plan, by and through its undersigned counsel, hereby gives notice of its removal of the case styled <u>Plumlee v. Caesars Enterprise Services, LLC Welfare Benefit Plan</u>, filed in the McCracken Circuit Court Division No. I (Case No. 18-CI-130), to the United States District Court for the Western District of Kentucky. In support thereof, Defendant avers as follows:

### INTRODUCTION

1.     Defendant files this notice to remove an action to this Court that arises under the laws of the United States and that was first filed in the McCracken Circuit Court of Kentucky by Plaintiff Keith Plumlee.

2.     All prerequisites for the removal have been satisfied and all deadlines for removal have been complied with.

## THE CASE

3. On or about February 22, 2018, Plaintiff initiated an action by filing a complaint in the McCracken Circuit Court Division No. I against Defendant. A copy of the Complaint is attached as Exhibit 1.

4. The Complaint alleges one cause of action against Defendant, and that cause of action is under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 et seq.

## GROUNDS FOR REMOVAL

5. This Court has original jurisdiction over a civil action arising under the Constitution, laws, and treaties of the United States. 28 U.S.C. § 1331.

6. Plaintiff has alleged one claim arising under ERISA, 29 U.S.C. § 1001, et seq., a federal law.

7. This Court has original subject matter jurisdiction over this Complaint filed by Plaintiff in state court and would have had original jurisdiction had the Complaint been filed initially in this Court. 28 U.S.C. § 1331.

8. Removal to this Court is proper under 28 U.S.C. § 1441(a).

## TIMELINESS OF REMOVAL

9. On February 28, 2018, Defendant was served with the state court lawsuit by certified mail to its registered agent. A copy of the notice of service of process is attached hereto as Exhibit 2.

10. Under 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely because it is being filed within 30 days after the receipt by Defendant, through service, of a copy of the initial pleading setting forth the claim for relief upon which the action is based.

PROCESS, PLEADINGS, AND ORDERS FROM STATE COURT

11. Pursuant to 28 U.S.C. § 1446(a), Defendant states that only the Complaint (attached hereto as Exhibit 1) was served upon it in the state court prior to the filing of this notice.

NOTICE TO ADVERSE PARTIES AND STATE COURT

12. Pursuant to 28 U.S.C. § 1446(d), Defendant will serve a copy of this notice and this filing to all adverse parties in the state action and will file a copy of this notice with the Clerk of the McCracken Circuit Court promptly after the filing of this Notice to the Court.

WHEREFORE, NOTICE is hereby given that the state court action from the McCracken Circuit Court at Case No. 18-CI-130 is hereby removed from that court and to the United States District Court for the Western District of Kentucky.

Respectfully submitted,

/s/ David Kaplan
DAVID KAPLAN
Kaplan, Johnson, Abate & Bird LLP
710 West Main Street, 4th Floor
Louisville, KY  40202
(502) 416-1639
dkaplan@kplouisville.com

and

RAYMOND KRESGE
JASON CABRERA
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA  19102
(215) 665-2000
rkresge@cozen.com
jcabrera@cozen.com
(pro hac vice applications forthcoming)

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2018, I caused to be served a copy of the foregoing Notice of Removal along with the exhibits thereto, to be served by email and by U.S. Mail, First Class postage prepaid on Plaintiff's counsel:

> Dennis Null, Jr., Esquire
> Null, Samson & Paitsel
> 423 East Broadway
> P.O. Box 5040
> Mayfield, KY  42066

/s/ David Kaplan
DAVID KAPLAN