IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

FILED ELECTRONICALLY

| | | |
|---|---|---|
| KEITH PLUMLEE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 18-cv-0047-TBR |
| | : | |
| CAESARS ENTERPRISE SERVICES, LLC WELFARE BENEFIT PLAN, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this __18th__ day of __June__ 2018, upon consideration of the parties' Stipulation of Dismissal, it is hereby ORDERED that the above-captioned action is DISMISSED with prejudice, with each side to bear his/its own attorneys' fees and costs.